UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Olivia Renee Cunningham**,

Soc. Sec. No. xxx-xx-2214
Mailing Address: 120 Northwood Court, Roxboro, NC 27574-

Debtor.

Case No.: 25-80281

Chapter 13

## CERTIFICATE REGARDING SERVICE OF PLAN

I, Charlene Ennemoser, certify that on 11/24/25, a copy of the **Chapter 13 Plan** was served by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

This case does NOT include any creditors subject to cramdown or mortgage stripoff.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 11/24/25

/s Charlene Ennemoser

Charlene Ennemoser

CertificateOfService.wpt (rev. 7/4/18)

| | | |
|---|---|---|
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Internal Revenue Service (MD)**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| US Attorney's Office (MD)**<br>101 S. Edgeworth Street, 4th floor<br>Greensboro, NC 27401 | U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | North Carolina Dept. of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 |
| Acima Credit<br>9815 S Monroe Street<br>4th Floor<br>Sandy, UT 84070 | ALA Housing Finance<br>Attn: Officer<br>7460 Halcyon Pointe Drive Ste 408<br>Montgomery, AL 36117 | Barclays Bank ******<br>Card Services<br>Post Office Box 8802<br>Wilmington, DE 19899-8802 |
| Brinks Home Security<br>National Support Center<br>8880 Esters Boulevard<br>Irving, TX 75063 | Chimefin/Stride Bank<br>101 California Street<br>Suite 500<br>San Francisco, CA 94108 | Credit One Bank, N.A. ****<br>Post Office Box 98873<br>Las Vegas, NV 89193-8873 |
| DSRM National Bank* (Valero)<br>Attn. Bankruptcy Dept<br>PO Box 631<br>Amarillo, TX 79105-0631 | Fingerhut Credit Account Service***<br>c/o Web Bank<br>Post Office Box 1250<br>Saint Cloud, MN 56395-1250 | Internal Revenue Service (MD)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 |
| Kathy Bumpass<br>129 Hill Street<br>Roxboro, NC 27573 | LVNV Funding/Resurgent Capital<br>Post Office Box 1269<br>Greenville, SC 29602 | NC Housing Finance Agency<br>Attn: Officer<br>3508 Bush Street<br>Raleigh, NC 27609 |
| Person County Tax Collector<br>13 Abbitt Street<br>P.O. Box 1701<br>Roxboro, NC 27573 | Prog Leasing LLC<br>c/o Corporation Service Company<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 | Progressive Leasing<br>c/o NPRTO Sout-East, LLC<br>256 West Data Drive<br>Draper, UT 84020 |
| Rent A Center**<br>5501 Headquarters Drive<br>Plano, TX 75024 | Rent-A-Center East, Inc.<br>C/O CT Corporation System<br>Attn: Officer or Managing Agent<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615 | RTO National<br>PO BOX 9759<br>Greenville, SC 29604 |
| ServiSolutions*<br>Attn: Officer<br>Post Office Box 242967<br>Montgomery, AL 36124-2967 | Seventh Avenue***<br>c/o Creditors Bankruptcy Service<br>Post Office Box 740933<br>Dallas, TX 75374-0933 | |